# UNITED STATES DISTRICT COURT

DISTRICT OF    Alaska

| UNITED STATES OF AMERICA<br>V.<br>Juan Ruiz-Cervantes, a.k.a. Priciliano Ruiz<br>1021 East 3rd Ave.<br>Anchorage, AK | **CRIMINAL COMPLAINT**<br><br>Case Number:  3:06-mj-00048-JDR |
|---|---|

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or __Jan. 18, 24 & 25, 2006__ in _____ County, in
(Date)
the __Municipality of Anchorage__ District of __Alaska__ defendant(s) did,

*(Track Statutory Language of Offense)*

I. knowingly use, attempt to use, possess, obtain, accept, or receive an alien registration receipt card, knowing it to be forged, counterfeited, altered, or falsely made, or to have been procured by means of any false claim or statement, or to have been otherwise procured by fraud or unlawfully obtained; and

II. act with intent to deceive, or falsely represent a number to be the Social Security account number assigned by the Commissioner of Social Security to him or to another person, when in fact such number is not the Social Security account number assigned by the Commissioner of Social Security to him or to such other person.

in violation of Title __18__ United States Code, Section(s) __1546(a) and 42 U.S.C. 408(a)(7)B__ .

I further state that I am a(n) __Senior Special Agent__ and that this complaint is based on the
Official Title
following facts:

Please see attached affidavit.

Continued on the attached sheet and made a part of this complaint:  ✓ Yes    ☐ No

/s/ Steven M. Rosenberg

STEVEN M. ROSENBERG SSA , ICE
Printed Name of Complainant

Sworn to before me and signed in my presence,

March 3, 2006                                                             at    Anchorage, Alaska
Date                                                                            City and State

JOHN D. ROBERTS, U.S. Magistrate Judge        /s/ John D. Roberts (Seal Affixed)
Name and Title of Judge                                          Signature of Judge