AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of **ALASKA**

UNITED STATES OF AMERICA

V.

Juan Ruiz-Cervantes, a.k.a. Priciliano Ruiz

**WARRANT FOR ARREST**

Case: 3:06-mj-00048-JDR

RECEIVED
MAR 0 7 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest  Juan Ruiz-Cervantes
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

Knowingly using, attempts to use, and possessing, an alien registration receipt card, or other document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, knowing it to be forged, counterfeited, altered, or falsely made, or to have been procured by means of any false claim or statement, or to have been otherwise procured by fraud or unlawfully obtained; and,

falsely representing a number to be the Social Security account number assigned by the Commissioner of Social Security to him or to another person, when in fact such number was not the Social Security account number assigned by the Commissioner of Social Security to him or to such other person.

in violation of Title | | United States Code, Section(s) | 8 USC 1546(a); 42 USC (a)(7)(B)

**BAIL FIXED AT $** Detention Hearing Requested.

JOHN D. ROBERTS
Name of Issuing Officer

Redacted Signature.

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Anchorage AK  3-3-06   Anchorage, Alaska
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

ACC-East

SCANNED

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3/6/06 | Steven M. Rosenberg SS/A | [signature] |
| DATE OF ARREST | | |
| 03/03/06 | | |

AO 442   (Rev. 10/03) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Juan Ruiz-Cervantes

ALIAS: Priciliano Eustacio Ruiz

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT: Unknown

PLACE OF BIRTH:

DATE OF BIRTH:

SOCIAL SECURITY NUMBER: N/A

HEIGHT: 67"    WEIGHT: 170

SEX: M    RACE: White

HAIR: Black    EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS:
DHS/Immigration & Customs Enforcement
620 E. 10th Avenue
Anchorage, AK  9501