MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs JUAN RUIZ-CERVANTES        CASE NO. 3:06-mj-00048-JDR
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:         JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:        APRIL KARPER

UNITED STATES ATTORNEY:       TODD MIKOLOP

DEFENDANT'S ATTORNEY:         MICHAEL DIENI - APPOINTED

U.S.P.O.:                     PAULA MCCORMICK

INTERPRETER:                  ESTELA MOLL     (SPANISH)
 X Telephonic Appearance                      (Language)

PROCEEDINGS: INITIAL APPEARANCE ON COMPLAINT HELD MARCH 8, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:01 a.m. court convened.

 X Copy of Complaint given to defendant: read off record by
   interpreter.

 X Defendant advised of general rights.

 X Defendant advised of charges and penalties.

 X Defendant sworn.

 X Defendant stated true name: Same as above.

 X Federal Public Defender accepted appointment; FPD notified.

 X Preliminary Hearing set for **March 15, 2006 at 3:30 p.m.**

 X Detention not contested. Defendant detained.

 X Order Of Detention Pending Trial **FILED.**

At 11:15 a.m. court adjourned.


DATE:    March 8, 2006        DEPUTY CLERK'S INITIALS:   ak