AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

UNITED STATES OF AMERICA
V.
JUAN RUIZ-CERVANTES

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 3:06-mj-00048-JDR

I, _Juan Ruiz-Cervantes_, charged in a ☒ complaint ☐ petition pending in this District with _____

in violation of ____18____, U.S.C., ____1546____,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☒ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☒ hearing.

3/13/06
Date

_____
Defendant

_____
Counsel for Defendant