Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JUAN RUIZ-CERVANTES,<br><br>　　　　　Defendant. | Case No. 3:06-mj-0048-JDR<br><br>NON-OPPOSED MOTION FOR COMBINED ARRAIGNMENT AND SENTENCING, *filed on shortened time* |

　　　　Defendant, Juan Ruiz-Cervantes, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for a hearing to consider a guilty plea and a proposed stipulated sentence.  Mr. Ruiz-Cervantes will be pleading guilty to the newly filed Information charging him with illegal re-entry, a class B level misdemeanor.  The parties have agreed that "time-served" is the appropriate sentence.  Mr. Ruiz-Cervantes has been held on an immigration detainer since January 30, 2006.  Once this case is resolved, he will be available to I.C.E. for transport to Mexico pursuant to removal proceedings.

　　　　This request is non-opposed by Assistant United States Attorney Todd Mikolop.

DATED this 17th day of March, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on March 17, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Todd Mikolop, Esq.

/s/ Michael D. Dieni