UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>JUAN RUIZ-CERVANTES,<br><br>            Defendant. | Case No. 3:06-mj-0048-JDR<br><br>PROPOSED<br>ORDER SCHEDULING HEARING |

After due consideration of defendant's Non-Opposed Motion for Combined Arraignment and Sentencing, the motion is granted. A hearing to consider a guilty plea and a proposed stipulated sentence is hereby scheduled for _____, 2006, at _____ a.m./p.m.

DATED this ____ day of _____, 2006 in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge